Road in Derry Township.    Appeal by Supervisors of
Derry Township.

Argued April 20, 1899.    Appeal, No. 93, April T., 1899, by
supervisors of Derry township, from decree of Q. S. West-
moreland Co., Nov. Sess., 1897, No. 4, confirming report of
viewers vacating public road.    Before RICE, P. J., BEAVER,
ORLADY, SMITH, W. W. PORTER, W. D. PORTER and BEE-
BER, JJ.    Reversed.    Opinion by RICE, P. J.

OPINION BY RICE, P. J., July 28, 1899:

It was admitted at bar that this proceeding to vacate is so
closely related to, and dependent on, the proceeding to lay out
a road, in which we have just filed an opinion (No. 92, April
term, 1899), that if the latter cannot be sustained, this must
also fall.    This is apparent from the viewer's report in the pro-
ceeding referred to.

The order of confirmation is reversed and all the proceedings
are set aside.

---

Road in Derry Township.    Appeal by Supervisors of
Derry Township.

Argued April 20, 1899.    Appeal, No. 96, April T., 1899, by
supervisors of Derry township, from decree of Q. S. West-
moreland Co., Nov. Sess., 1897, No. 5, confirming report of view-
ers vacating public road.    Before RICE, P. J., BEAVER, OR-
LADY, SMITH, W. W. PORTER, W. D. PORTER and BEEBER, JJ.
Reversed.    Opinion by RICE, P. J.

OPINION BY RICE, P. J., July 28, 1899 :

The order of confirmation is reversed and all the proceedings
are set aside.    See Nos. 92 and 93, April term, 1899.